852

tiorari denied. Petitioner *pro se.* *Releford McGriff* and *Joseph C. Waddy* for petitioner.

No. 66, Misc. GALLAS *v.* DENNEY, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 71, Misc. WINHOVEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 72, Misc. SMITH ET AL. *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 73, Misc. THOMAS *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 74, Misc. THOMAS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 78, Misc. WESTERFIELD *v.* MENARY, SHERIFF. District Court of Appeal of California, First Appellate District. Certiorari denied.

No. 79, Misc. SIDENER *v.* RANDOLPH, WARDEN. Circuit Court of Adams County, Illinois. Certiorari denied.

No. 81, Misc. BELL *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 84, Misc. FEENEY ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *William G. Grande* for petitioners. *Solicitor General Sobeloff, Assistant Attorney*